IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED ___ ___ ___ J.C.

05 JUN 24 PM 4: 5

ROBERT R. DI ___ ___
CLERK, U.S. DI ___ CT.
W.D. OF TN, MEMPHIS

| | | |
|---|---|---|
| SHEBA HARPER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 03-2844 M1/V |
| | ) | |
| PCA SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER SETTING SCHEDULING/STATUS CONFERENCE

The court shall hold a scheduling/status conference in this case on <u>Thursday, July 21, 2005, at 9:00 a.m.</u> to discuss all issues in the case, including jurisdiction. Former Defendant, Bobby Hobson, is required to appear at the conference.[1] The Clerk of Court is hereby ORDERED to mail a copy of this order to Mr. Hobson at the following address:

        5682 Morning Flower Drive
        Memphis, TN 38135-0277

Mr. Hobson is reminded that failure to appear at the scheduling/status conference may result in the imposition of appropriate sanctions.

So ORDERED this 23 day of June, 2005.

JON P. McCALLA
UNITED STATES DISTRICT JUDGE

---

[1] In an order issued on December 30, 2003, the Court dismissed Plaintiff's Complaint against Mr. Hobson. (Order, Dec. 30, 2003, (Docket No. 3), at 1.)

1

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 6-27-05

19

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 19 in case 2:03-CV-02844 was distributed by fax, mail, or direct printing on June 27, 2005 to the parties listed.

Sheba Harper
3063 Audrey Cove
Memphis, TN 38127

Honorable Jon McCalla
US DISTRICT COURT