IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY_____/s/____D.C.

05 JUL 25 AM 6:42

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| SHEBA HARPER, <br><br> Plaintiff, <br><br> v. <br><br> PCA SECURITY, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) No. 03-2844 Ml/V <br> ) <br> ) <br> ) <br> ) |

### ORDER FOLLOWING SCHEDULING/STATUS CONFERENCE

The court held a scheduling/status conference in this case on Thursday, July 21, 2005. Plaintiff and former Defendant Bobby Hobson appeared *pro se*. At the conference the parties discussed all issues in the case, including jurisdiction. Pursuant to the discussion during the conference, the Court hereby sets a status conference for Tuesday, September 6, 2005, at 8:45 a.m. to discuss whether the Court has jurisdiction to hear this case. The parties are directed to submit any additional documents bearing on the issue of jurisdiction.[1]

So ORDERED this 22 day of July, 2005.

JON P. McCALLA
UNITED STATES DISTRICT JUDGE

---

[1] This may include, for instance, documents from the State of Tennessee indicating the corporate status of PCA Security and the number of people PCA Security employed during the relevant time period as well as documents from the City of Memphis Board of Education concerning any representations made by PCA as to the number of people it employed during the relevant time period.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 7-25-05

21

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 21 in case 2:03-CV-02844 was distributed by fax, mail, or direct printing on July 25, 2005 to the parties listed.

---

Sheba Harper
3063 Audrey Cove
Memphis, TN 38127

Honorable Jon McCalla
US DISTRICT COURT