FILED BY JPW D.C.

05 SEP 20 AM 10: 34

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN, MEMPHIS

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

---

**SHEBA HARPER,**                              **JUDGMENT IN A CIVIL CASE**

    **Plaintiff,**

**v.**

**PCA SECURITY,**                              **CASE NO: 03-2844 Ml/V**

    **Defendants.**

---

### JUDGMENT

---

**JUDGMENT BY COURT.** This action having come before the Court for consideration, the issues having been considered, and a decision rendered,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order of Dismissal, entered September 20, 2005, this case is DISMISSED.

APPROVED:

_[signature]_
JON P. McCALLA
UNITED STATES DISTRICT COURT

Sept. 20, 2005
Date

**THOMAS M. GOULD**
Clerk of Court

_[signature]_
(By) Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 9-20-05

26

Case 2:03-cv-02844-JPM-dkv    Document 26    Filed 09/20/05    Page 2 of 2    PageID 50

# UNITED STATES DISTRICT COURT WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 26 in case 2:03-CV-02844 was distributed by fax, mail, or direct printing on September 20, 2005 to the parties listed.

---

Sheba Harper
3063 Audrey Cove
Memphis, TN 38127

Honorable Jon McCalla
US DISTRICT COURT